

DLA Piper **LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Stuart Brown
stuart.brown@dlapiper.com
T   302.468.5640
F   302.778.7913

August 14, 2015
*VIA ELECTRONIC FILING*

The Honorable Jerome B. Simandle
Chief Judge
United States District Court, District of New Jersey
Mitchell Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

Re:   **Bank of New York Mellon & ACR Energy Partners, LLC v. Revel AC, Inc., Wells Fargo Bank, N.A. & Wells Fargo Principal Lending, LLC**, Civ. No. 15-877-JBS-JS;

**ACR Energy Partners, LLC & Bank of New York Mellon v. Revel AC, Inc., the Official Committee of Unsecured Creditors, Wells Fargo Bank, N.A. & Wells Fargo Principal Lending, LLC**, Civ. No. 15-3137-JBS-JS

Dear Judge Simandle:

On June 30, 2015, the Bankruptcy Court entered an order (the "Order") approving the Compromise and Settlement Agreement (the "Agreement") by and among (i) Revel AC, Inc., and its subsidiaries Revel AC, LLC, Revel Atlantic City, LLC, Revel Entertainment Group, LLC, NB Acquisition, LLC and SI LLC (collectively, the "Debtors"); (ii) the Official Committee of Unsecured Creditors appointed in the Debtors' chapter 11 bankruptcy cases (the "Committee"), on behalf of itself and its members; (iii) Wells Fargo Bank, N.A., as DIP Agent,1 and Wells Fargo Principal Lending, LLC, as a Prepetition First Lien Lender and DIP Lender (in such capacities, "Wells Fargo"); (iv) ACR Energy Partners, LLC ("ACR"); and (v) the Bank of New York Mellon ("BNYM" and, together with the Debtors, the Committee, Wells Fargo and ACR, the "Parties"), as trustee for those certain municipal bonds issued by ACR.  Copies of the Order and the Agreement are attached hereto as Exhibits "A" and "B" respectively.

Paragraph 5 of the Agreement provides that "the Parties shall pursue dismissal of all pending appeals initiated by the Parties in the Chapter 11 Cases," including the above-referenced appeals.  Accordingly, ACR requests dismissal of such appeals.

Respectfully,

**DLA Piper LLP (US)**

*/s/ Stuart M. Brown*

Stuart Brown
Partner

EAST\103294598.1